```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

MORRIS J. PERRY, SR.,            )   CASE NO. 4:94 CV 184
                                 )
        Plaintiff,                )   JUDGE PETER C. ECONOMUS
                                 )
    v.                           )
                                 )                ORDER
CHIEF WELLINGTON, et al.,        )
                                 )
        Defendant.                )

Pending before the court are a Motion to Vacate Judgment and a Motion for Entitlement to Judgment concerning the dismissal of this action in 1998. The motions are untimely and without merit, and are hereby denied. Further, plaintiff is enjoined from filing any further postjudgment motions in this case, and the Clerk is directed to return, unfiled, any such motions tendered by plaintiff. Filipas v. Lemons, 835 F.2d 1145 (6th Cir. 1987).

The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith.

        IT IS SO ORDERED.

                                    S/Peter C. Economus - 4/27/05
                                    PETER C. ECONOMUS
                                    UNITED STATES DISTRICT JUDGE